UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
CASE NO. 3:20-cv-5262-TKW-EMT

JOEL GOODMAN,
    *Plaintiff*,

- vs -

GANNETT SATELLITE
INFORMATION NETWORK, LLC
    *Defendant.*
_____/

# PLAINTIFF'S MOTION FOR LEAVE TO APPEAR *PRO HAC VICE* BY RICHARD LIEBOWITZ

Pursuant to Local Rule 11.1(D), Plaintiff Joel Goodman respectfully asks the Court to permit Richard Liebowitz, a licensed member of the New York State Bar, to appear *pro hac vice* in this matter.

1. Mr. Liebowitz is a lawyer licensed to practice law in New York. He is a member of the New York State Bar in good standing and member of the U.S. District Court for the Southern District of New York. His law office is in Valley Stream, New York. His Certificate of Good Standing for the New York State Bar is attached hereto as <u>Exhibit A</u>.

2. Mr. Liebowitz completed the online Local Rules tutorial exam [Confirmation Number: FLND15694442752683] and the CM/ECF online tutorials.

3. Mr. Liebowitz studied and is familiar with the Local Rules of this District.

4. Mr. Liebowitz has an active upgraded PACER account. He requests authorization to receive electronic notices of filing. His email address is rl@liebowitzlawfirm.com

5. Mr. Liebowitz is paying the required $201.00 *pro hac vice* fee for this case at the time of filing.

For these good reasons, Plaintiff asks this court to permit Richard Liebowitz to appear *pro hac vice* in this matter.

Respectfully submitted on April 13, 2019.

/s/RICHARD P LIEBOWITZ
LIEBOWITZ LAW FIRM, PLLC
11 Sunrise Plaza, Suite 305
Valley Stream, NY 11580
516-233-1660
Email: rl@liebowitzlawfirm.com