# GT GreenbergTraurig

Gregory W. Herbert
Tel 407.418.2431
herbertg@gtlaw.com

April 10, 2020

**VIA EMAIL**

Richard P. Liebowitz, Esq.
Liebowitz Law Firm, PLLC
11 Sunrise Plaza, Suite 305
Valley Stream, NY 11580
RL@LiebowitzLawFirm.com

    Re:   *Joel Goodman v. Gannett Satellite Information Network, LLC*,
            (N.D. Fla.) Case No. 3:20-CV-5262-TKW-EMT

Dear Mr. Liebowitz:

    This law firm represents the Defendant in the above action, Gannett Satellite Information Network, LLC. Please direct all future communications regarding this matter to my attention.

    Also, please advise if you will be associating with local counsel admitted to the Northern District of Florida for this matter at your earliest convenience. If you intend to move for admission *pro hac vice* to the Northern District of Florida for this matter, please advise, and please provide alternate dates and times on which you or your associated local counsel are available to meet and confer by telephone as required.

                              Sincerely,

                              **s/Gregory W. Herbert**

                              Gregory W. Herbert

GWH:pc
cc: Mike Grygiel, Esq.

**Greenberg Traurig, P.A. | Attorneys at Law**
450 South Orange Avenue, Suite 650 | Orlando, Florida 32801 | T +1 407.420.1000 | F +1 407.420.5909

Albany. Amsterdam. Atlanta. Austin. Berlin. Boca Raton. Boston. Chicago. Dallas. Delaware. Denver. Fort Lauderdale. Houston. Las Vegas. London." Los Angeles. Mexico City.⁺ Miami. Milan.° Minneapolis. Nashville. New Jersey. New York. Northern Virginia. Orange County. Orlando. Philadelphia. Phoenix. Sacramento. San Francisco. Seoul.∞ Shanghai. Silicon Valley. Tallahassee. Tampa. Tel Aviv.^ Tokyo.˙ Warsaw.˜ Washington, D.C. West Palm Beach. Westchester County.

Operates as: "Greenberg Traurig Germany, LLP; ⁺A separate UK registered legal entity; *Greenberg Traurig, S.C.; °Greenberg Traurig Santa Maria; ∞Greenberg Traurig LLP Foreign Legal Consultant Office; ^A branch of Greenberg Traurig, P.A., Florida, USA; ˙GT Tokyo Horitsu Jimusho; ˜Greenberg Traurig Grzesiak sp.k.

ACTIVE 49915161v1                               www.gtlaw.com

Exhibit A