UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**JOEL GOODMAN,**

    **Plaintiff,**

**v.**                                                   **Case No. 3:20cv5262-TKW-EMT**

**GANNETT SATELLITE
INFORMATION NETWORK, LLC,**

    **Defendant.**
_____/

## **ORDER**

This case is before the Court on the motion for leave to appear *pro hac vice* filed by Richard Liebowitz (Doc. 5) and Defendant's response in opposition to the motion (Doc. 9). The response identifies (and provides evidence of) multiple instances of ethical misconduct committed by Mr. Liebowitz that, if true, would justify disbarment of a lawyer admitted in Florida and allow the Court to deny Mr. Liebowitz's motion to appear *pro hac vice* in this Court. Mr. Liebowitz is entitled to an opportunity to respond to the claims of ethical misconduct. *See Schlumberger Tech., Inc. v. Wiley*, 113 F.3d 1553, 1559 (11th Civ. 1997) (citing *In re Evans*, 524 F.2d 1004, 1008 (5th Cir. 1975)). Accordingly, it is

**ORDERED** that, within 14 days of the date of this Order, Mr. Liebowitz shall file a reply addressing the issues of ethical misconduct raised in the response.

**DONE and ORDERED** this 28th day of April, 2020.

*T. Kent Wetherell, II*

**T. KENT WETHERELL, II**
**UNITED STATES DISTRICT JUDGE**