UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| JOEL GOODMAN<br><br>                           Plaintiff,<br><br>v.<br><br>GANNETT SATELLITE INFORMATION NETWORK, LLC<br><br>                           Defendant. | NOTICE OF DISMISSAL OF CIVIL ACTION WITHOUT PREJUDICE (FRCP 41(a)(1)(A)(i))<br><br>Case No.: 3:20-cv-5262 |

IT IS HEREBY NOTICED that the above case should be dismissed without prejudice.

/s/Richard Liebowitz
Richard P. Liebowitz
Liebowitz Law Firm, PLLC
11 Sunrise Plaza, Suite 305
Valley Stream, NY 11580
Tel: (516) 233-1660
RL@LiebowitzLawFirm.com

Dated: May 11, 2020

*Attorneys for Plaintiff Joel Goodman*