UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**JOEL GOODMAN**,

    **Plaintiff**,

v.                                        Case No. 3:20cv5262-TKW-EMT

**GANNETT SATELLITE
INFORMATION NETWORK, LLC**,

    **Defendant**.
_____/

## **ORDER**

Based on Plaintiff's notice of voluntary dismissal without prejudice (Doc. 11), it is **ORDERED** that this case is dismissed pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), all pending motions are denied as moot, and the clerk shall close the file.

**DONE and ORDERED** this 11th day of May, 2020.

*T. Kent Wetherell, II*
                       **T. KENT WETHERELL, II**
                       **UNITED STATES DISTRICT JUDGE**